UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JOY V. MOORE,
Individually and on behalf of a class,

                            Case No. 1:17-cv-2656-AJN

                  Plaintiff,

        - against –

D & A SERVICES, LLC,

                  Defendant.
------------------------------------------------------------X

## STIPULATION OF VOLUNTARY DISMISSAL

Plaintiff, Joy V. Moore, by her attorneys, Shaked Law Group, P.C. and pursuant to FRCP 41(a)(1)(A) hereby provides notice of voluntary dismissal, with prejudice and without costs, disbursements, or attorney's fees to either party as against the other, of the above-referenced matter against D & A Services, LLC and request that the case be closed.

Dated: Brooklyn, New York
       August 25, 2017

SHAKED LAW GROUP, P.C.

_____
Dan Shaked, Esq. (DS-3331)
Attorney for Plaintiff
44 Court St., Suite 1217
Brooklyn, NY 11201
(917) 373-9128

SESSIONS, FISHMAN, NATHAN & ISRAEL, LLC

_____
Michael David Slodov, Esq.
Attorneys for Defendant
15 E. Summit St.
Chagrin Falls, OH 44022
(440) 318-1073

So Ordered:

_____
8/30/17

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 3 0 2017